

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 0 6 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

FABIAN JIMENEZ-PINEDA-01
TARA BASS-02
GERARDO BARRIOS-MENDOZA-03
GAUVENCIO MALDONADO-PEREZ-04,

Defendants.

CRIMINAL CASE NO.

1:10-CR-526-JEC

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendations [72, 75] recommending accepting the guilty pleas tendered on March 24, 2011 by defendants Tara Bass and Gerardo Barrios-Mendoza. No objections to the Report and Recommendations [72, 75] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendations [72, 75] and **ACCEPTS** the defendant Tara Bass's plea of guilty as to Count One of the Indictment and **ACCEPTS** the defendant Gerardo Barrios-Mendoza's plea of guilty as to Count Twenty-Five of the Indictment. The sentencing dates for these defendants will be set after final disposition of the remaining defendants.

A plea date for defendant Fabian Jimenez-Pineda is scheduled for **FRIDAY, APRIL 15, 2011, 11:00 A.M., COURTROOM 2107. Excludable time is allowed to commence as of February 23, 2011 through April 15, 2011,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government reasonable time reasonable time necessary for effective preparation) and (h)(7) (defendant awaiting trial of co-defendants when no severance has been granted). The Court finds that the ends of justice served by the granted of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

Defendant Gauvencio Maldonado-Perez is scheduled for trial on **MONDAY, MAY 2, 2011, 10:30 A.M., COURTROOM 2107.** This case will be the second trial set on the May 2nd calendar. The preceding case[1] on the calendar is expected to be resolved through a plea of guilty. Therefore, counsel in the instant case should be prepared to proceed with trial on **MONDAY, MAY 2, 2011, 10:30 A.M.** If the preceding case is not resolved with a plea of guilty, this case will be reached at the conclusion of the trial in the first case.

---

[1] *United States v Akwasi Opoku Aning, et al.,* 1:10-CR-493-JEC.

SO ORDERED this _6_ day of APRIL, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE